**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD MOORE,<br><br>          Plaintiff,<br><br>   v.<br><br>RANDY FORISTIERE; MICHAEL FORISTIERE; CHERI O' HALLORAN; GABRIEL RUIZ dba ADRIAN'S MEXICAN FOOD; TERESITA RUIZ dba ADRIAN'S MEXICAN FOOD,<br><br>          Defendants. | Case No.:  1:14-CV-00651-AWI-SKO<br><br>**SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS RANDY FORISTIERE, CHERI O'HALLORAN, AND MICHAEL FORISTIERE TO RESPOND TO COMPLAINT;ORDER** |

    WHEREAS, Plaintiff, RONALD MOORE ("Plaintiff"), and Defendants RANDY FORISTIERE, MICHAEL FORISTIERE, and CHERI O'HALLORAN ("Defendants"), stipulated to an extension of time wherein Defendants' response to the Complaint is currently due on or before June 24, 2014;

    WHEREAS, Defendants and Plaintiff are engaged in meaningful settlement negotiations, and wish to avoid incurring additional fees and unnecessarily utilizing judicial resources while Defendants obtain and share with Plaintiff their CASp report, and while Plaintiff and Defendants explore, and hopefully finalize, a settlement as between them;

NOW, THEREFORE, Plaintiff and Defendants, by and through their respective counsel, hereby stipulate as follows:

1. To an additional extension of time (i.e., a second extension which, in total, exceeds 28 days) for Defendants to respond to the Complaint herein, through and including July 22, 2014, which extension exceeds the maximum 28 days permissible without leave of Court.

Dated: June 20, 2014                                         **WEBB & BORDSON, APC**

By /s/Amy R. Lovregren-Tipton
AMY R. LOVEGREN-TIPTON
Attorney for Defendants

Dated: June 20, 2014                                         **MOORE LAW FIRM, P.C.**

By /s/ Tanya E. Moore_____
TANYA E. MOORE
Attorney for Plaintiff

### **ORDER**

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that Defendants RANDY FORISTIERE, MICHAEL FORISTIERE, and CHERI O'HALLORAN's response to the Complaint is now due on or before July 22, 2014.

IT IS SO ORDERED.

Dated:  **June 21, 2014**                              /s/ Sheila K. Oberto
                                                                    UNITED STATES MAGISTRATE JUDGE