# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>            Plaintiff.<br><br>     v.<br><br>RANDY FORISTIERE, MICHAEL FORISTIERE, CHERI O'HALLORAN, GABRIEL RUIZ dba ADRIAN'S MEXICAN FOOD, and TERESITA RUIZ dba ADRIAN'S MEXICAN FOOD,<br><br>            Defendants. | Case No.  1:14-cv-0651-AWI-SKO<br><br>**ORDER AFTER SETTLEMENT** |

On July 8, 2014, Plaintiff Ronald Moore ("Plaintiff") filed a Notice of Settlement indicating the parties in this matter have reached a settlement which will effectuate the dismissal of all claims in this matter.  (Doc. 19.)  Plaintiff requests that the parties be permitted to file dispositional documents by no later than August 7, 2014, to afford the parties sufficient time to complete the settlement.

1

Accordingly, the Court ORDERS the parties, **by no later than August 7, 2014,** to file appropriate pleadings to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

The Court VACATES all pending matters and dates. The parties are cautioned that a failure to comply with this order may be grounds for the imposition of sanctions on counsel or any party who violate this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

Dated:  **July 9, 2014**                          **/s/ Sheila K. Oberto**
                                                           UNITED STATES MAGISTRATE JUDGE