Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>       Plaintiff,<br><br>    vs.<br><br>RANDY FORISTIERE; MICHAEL FORISTIERE; CHERI O'HALLORAN; GABRIEL RUIZ dba ADRIAN'S MEXICAN FOOD; TERESITA RUIZ dba ADRIAN'S MEXICAN FOOD;<br><br>       Defendants. | No. 1:14-cv-00651-AWI-SKO<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: July 24, 2014                                        MOORE LAW FIRM, P.C.


                                                           */s/ Tanya E. Moore*
                                                           Tanya E. Moore
                                                           Attorneys for Plaintiff
                                                           Ronald Moore


### **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  July 24, 2014                                      _____
                                                           SENIOR DISTRICT JUDGE